```
IN THE UNITED STATES DISTRICT COURT FOR
    THE SOUTHERN DISTRICT OF GEORGIA
              SAVANNAH DIVISION
```

HOWARD JORDAN, JR.,           )
                              )
    Plaintiff,            )
                              )
v.                            )    CASE NO. CV418-171
                              )
PENNY HAAS FREESEMAN, Judge,  )
in her individual and         )
official capacity; JOHN       )
WILCHER, Sheriff, in his      )
individual and official       )
capacity; ZACH MONTANO, State )
Trooper, in his individual    )
and official capacity;        )
GEORGIA STATE PATROL; STATE   )
OF GEORGIA SUPERIOR COURT;    )
and STATE OF GEORGIA;         )
                              )
    Defendants.           )
_____)



## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's claim of false arrest against Defendant Montano in his official capacity as well as all claims against Defendants Penny Haas Freeseman, John Wilcher, the Georgia State Patrol, the State of Georgia Superior Court, and the State of Georgia are **DISMISSED WITHOUT PREJUDICE**. At this stage, Plaintiff's claims

against Defendant Montano in his individual capacity shall proceed.

SO ORDERED this 19th day of February 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA