IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HOWARD JORDAN "BEY," JR., )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-171
 )
ZACH MONTANO, State Trooper, )
in his individual and )
official capacity, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

The Magistrate Judge recommends that this action be dismissed without prejudice as a sanction for Plaintiff's dishonesty in answering the question regarding any prior litigation on the Court's form 42 U.S.C. § 1983 complaint. (Doc. 16 at 1, 4.) The standard form complaint asks whether the plaintiff has initiated other lawsuits dealing with the same facts at issue in the current lawsuit, to which Plaintiff answered no. (Id. at 1.) Plaintiff, however, had previously filed an action involving the same facts which

was dismissed in June 2018. (Id.) The Magistrate Judge found that Plaintiff's dishonesty constitutes an abuse of the judicial process that warrants a dismissal without prejudice and a strike under the Prisoner Litigation Reform Act ("PLRA"). (Id. at 3.) This Court agrees. As a result, Defendant Montano's Motion to Dismiss (Doc. 11) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Additionally, this case shall serve as a strike under the PLRA. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of June 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA