# United States District Court
## Southern District of Georgia

HOWARD JORDAN "BEY," JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18CV-171

ZACH MONTANO, State Trooper,
in his individual and
official capacity,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order date June 4, 2019 adopting the Report and

Recommendations of the U.S. Magistrate Judge as the opinion of this Court, granting Defendant,

Montano's Motion to Dismiss. This case is dismissed without prejudice. This case stands closed.



| June 4, 2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk